UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED
DEC 12 2012
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CR. NO. H-12-336 S2 |
| | § | |
| 1. JERAMY JEROME GAGE | § | |
| 2. MARK WAYNE WHEELER | § | |
| 3. ANNIE MAE BALL | § | |
| 4. JEFFREY RAY JOHNSON | § | |
| 5. LAWRENCE PERRY | § | |
| a.k.a. "BIG BOY" | § | |
| 6. RAMOLA KAYE BROWN | § | |
| 7. HERRATIO HANS HEDSPETCH | § | |
| 8. DENNIS ROGERS HAYNES | § | |
| 9. SAMIRA MALIKA BONDS | § | |
| 10. KENNETH RAY O'BRYANT | § | |
| a.k.a. "BUNDY" | § | |
| 11. MICHAEL ANDREW WILLIAMS | § | |
| 12. SCOTTY D. PORTER | § | |
| 13. GREGORY MCFADDEN | § | |
| 14. LLOYD GLEN O'BRYANT | § | |

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

From on or about mid-2011, through the date of this Superseding Indictment, in the Southern District of Texas, and elsewhere,

**JERAMY JEROME GAGE,**
**MARK WAYNE WHEELER,**
**ANNIE MAY BALL,**
**JEFFREY RAY JOHNSON,**
**LAWRENCE PERRY a.k.a. "BIG BOY,"**
**RAMOLA KAYE BROWN,**
**HERRATIO HANS HEDSPETCH,**
**DENNIS ROGERS HAYNES,**
**SAMIRA MALIKA BONDS,**
**KENNETH RAY O'BRYANT a.k.a. "BUNDY,"**
**MICHAEL ANDREW WILLIAMS,**
**SCOTTY D. PORTER,**
**GREGORY MCFADDEN and**
**LLOYD GLEN O'BRYANT,**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance. This violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and less than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii) and 841(b)(1)(D).

**COUNT TWO**
**(Felon in Possession of a Firearm)**

On or about May of 2012, in the Southern District of Texas,

**MARK WAYNE WHEELER,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully, knowingly, and intentionally possess in and affecting commerce a firearm and ammunition, namely, a Remington model 1100 12 gauge shotgun bearing serial number N453007V, 70 rounds of Winchester 9mm ammunition, 25 rounds of Federal .357 caliber ammunition, 52 rounds of Wolf 7.62 caliber ammunition, 11 rounds of Corbon .44 caliber Smith and Wesson ammunition, 7 rounds of Remington .25 caliber, 17 rounds of Winchester 12 gauge ammunition; and 17 rounds of Remington 12 gauge ammunition, which had been shipped in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and Section 924(a)(2).

**NOTICE OF CRIMINAL FORFEITURE**
***[Title 21, United States Code, Section 853]***

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants

**JERAMY JEROME GAGE,**
**MARK WAYNE WHEELER,**
**ANNIE MAY BALL,**
**JEFFREY RAY JOHNSON,**
**LAWRENCE PERRY a.k.a. "BIG BOY,"**
**RAMOLA KAYE BROWN,**
**HERRATIO HANS HEDSPETCH,**
**DENNIS ROGERS HAYNES,**
**SAMIRA MALIKA BONDS,**

**KENNETH RAY O'BRYANT a.k.a. "BUNDY,"**
**MICHAEL ANDREW WILLIAMS,**
**SCOTTY D. PORTER,**
**GREGORY MCFADDEN and**
**LLOYD GLEN O'BRYANT,**

that upon conviction of the conspiracy as charged in Count One in the Superseding Indictment, the United States will seek to forfeit:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

The property subject to forfeiture includes, but is not limited to, the following property:

Approximately $700,000 in U.S. dollars.

**Money Judgment**

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture, for which the defendants may be jointly and severally liable to the United States.

**NOTICE OF CRIMINAL FORFEITURE**
***[Title 18, United States Code, Section 924]***

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**MARK WAYNE WHEELER,**

that in the event of conviction for the offense charged in Count Two of this Second Superseding

Indictment, the United States will seek to forfeit all firearms and ammunition involved or used in the commission of the offense. The property subject to forfeiture includes, but is not limited to:

1. A Remington model 1100 12 gauge shotgun bearing serial number N453007V;
2. 70 rounds of Winchester 9mm ammunition;
3. 25 rounds of Federal .357 caliber ammunition;
4. 52 rounds of Wolf 7.62 caliber ammunition;
5. 11 rounds of Corbon .44 caliber Smith and Wesson ammunition;
6. 7 rounds of Remington .25 caliber ammunition;
7. 17 rounds of Winchester 12 gauge ammunition; and
8. 17 rounds of Remington 12 gauge ammunition.

**SUBSTITUTE ASSETS**

In the event that the property subject to forfeiture as a result of any act or omission of a defendant:

a. cannot be located upon exercise of due diligence;
b. has been placed beyond the jurisdiction of the Court;
c. has been transferred or sold to, or deposited with a third party;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

Original Signature on File

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By: ______________________________
JOHN JOCHER
SHELLEY J. HICKS
Assistant United States Attorneys
Southern District of Texas